UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

CRIMINAL ACTION NO.  03-52
CIVIL ACTION NO. 04-628-KKC

UNITED STATES OF AMERICA                                                         PLAINTIFF

v.                                             **ORDER**

CALVIN W. SIZEMORE                                                                DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Magistrate's Report and Recommendation. [R. 31]. The court has reviewed the Movant Calvin Sizemore's (prison number 08771-032) response to the Report and Recommendation. [R. 32].

The Court hereby adopts the Magistrate Judge's Report and Recommendation and will construe Defendant Sizemore's Motion to Vacate or Set Aside Sentence as a Motion pursuant to 18 U.S.C. § 3582, which is hereby GRANTED.

This matter is hereby scheduled for a sentencing hearing on **August 11, 2005 at 11:30 a.m.** in London, Kentucky.  The United States Probation office shall provide an addendum to the defendant's pre-sentence report no later than ten (10) days before the sentencing hearing.

Dated this 7th day of June, 2005.



Signed By:

*Karen K. Caldwell* KKC

**United States District Judge**